KAREN G. JOHNSON-MCKEWAN (STATE BAR NO. 121570)
kjohnson-mckewan@orrick.com

ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA  94105-2669
Telephone:     +1 415 773 5700
Facsimile:      +1 415 773 5759

Attorney for Third Party Subpoena Recipient
REGENTS OF THE UNIVERSITY OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **INDIVIDUAL MEMBERS OF THE INDIANA MEDICAL LICENSING BOARD**, in their official capacities; and **MARION COUNTY PROSECUTOR**,<br><br>Movants,<br><br>v.<br><br>**REGENTS OF THE UNIVERSITY OF CALIFORNIA; MICHELE B. BARON, LAUREN LEDERLE**,<br><br>Third Party Subpoena Recipients. | Case No. 3:21-mc-80009-HSG<br><br>**ORDER** |

The Court, pursuant to the parties' stipulation, HEREBY ORDERS that The Regents of the University of California file any response to the Movants' Objection to the Magistrate Judge's Discovery Order Denying Movants' Motion to Enforce a Third Party Subpoena on or before March 19, 2021.

IT IS SO ORDERED.

Dated:  3/10/2021

*Haywood S. Gilliam, Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge