UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAITLAN BERNARD, M.D., et al., <br><br>Plaintiffs, <br><br>v. <br><br>INDIVIDUAL MEMBERS OF THE INDIANA MEDICAL LICENSING BOARD, et al., <br><br>Defendants. | Case No. 21-mc-80009-HSG <br><br>**ORDER DENYING MOVANTS' MOTION TO SET ASIDE DISCOVERY ORDER** <br><br>Re: Dkt. No. 19 |

Pending before the Court is Movants' Objection to the Magistrate Judge's Discovery Order Denying Movants' Motion to Enforce a Third-Party Subpoena. *See* Dkt. Nos. 19 ("Mot."), 24 ("Opp."). Under Rule 72, a district judge may set aside a magistrate judge's non-dispositive pretrial order only if it is "clearly erroneous or contrary to law." Fed. R. Civ. P. 72(a); *see also* 28 U.S.C. § 636(b)(1)(A).[1] "The magistrate's factual determinations are reviewed for clear error, and the magistrate's legal conclusions are reviewed to determine whether they are contrary to law." *Perry v. Schwarzenegger*, 268 F.R.D. 344, 348 (N.D. Cal. 2010).

//
//
//
//
//

---

[1] Though Movants contend that de novo review applies, they seemingly concede that the underlying motion is non-dispositive. *See* Mot. at 1. In any event, the Court finds that the clear error standard applies.

Having carefully reviewed the record, the Court finds that the Magistrate Judge's Discovery Order was not clearly erroneous or contrary to law. Accordingly, the Court **DENIES** Movants' Motion to Set Aside Discovery Order.

**IT IS SO ORDERED.**

Dated: 5/18/2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge